LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Defendant
SEABOATS, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
YULI CONELY, as Administratrix of the Estate of LEIBE
OCIELE MEDINA, a/k/a CEILE MEDINA, Deceased and
YULI CONELY, Individually, EPHRAIM RIVERA and
RAPHAEL RIVERA,

      ECF CASE
      07 Civ.

Plaintiffs,

- against -

SEABOATS, INC.,

Defendant.
-----------------------------------------------------------------X

## RULE 7.1 DISCLOSURE STATEMENT

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Kirk M. Lyons, a member of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for defendant SEABOATS, INC., certifies upon information and belief that said defendant is not a publicly held corporation in the United States and that there are no corporate parents, subsidiaries, or affiliates of defendant which are otherwise publicly held in the United States.

Dated: December 19, 2007

                                 LYONS & FLOOD, LLP
                                 Attorneys for defendant
                                 SEABOATS, INC.

By: _/s/ Kirk M. Lyons_
      Kirk M. Lyons (KL-1568)
      65 West 36th Street, 7th Floor
      New York, New York 10018
      (212) 594-2400