03/11/2008 09:15 FAX 212 594 4589    LYONS FLOOD                    ☒003
Case 1:07-cv-11390-RJH   Document 7   Filed 03/21/2008   Page 1 of 3
Fax sent by : 2122664141    SULLIVAN           03-07-08 14:23    Pg: 2/4

United States District Court
Southern District of New York
-------------------------------------------------------------x
YULI CONELY, as Administratrix of the Estate of LEIBE
OCIELE MEDINA, a/k/a CEILE MEDINA, Deceased and
YULI CONELY, Individually, EPHRAIM RIVERA and
RAPHAEL RIVERA,

                  2007 Civ. 11390 (RJH)

                  Plaintiffs,      **SCHEDULING ORDER**

               -against-

SEABOATS, INC.,

               Defendant.
-------------------------------------------------------------x

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 3/21/08

Pursuant to Fed. R. Civ. P. 26 (a) the following is the Scheduling Order for all pre-trial proceedings in this case:

I.    Description of the case.

    a)    Attorneys for the parties:

        Plaintiff:    Frank V. Floriani
                       Sullivan, Papain, Block, McGrath & Cannavo
                       120 Broadway
                       New York, NY 10271
                       (212) 732-9000

        Defendant:    Kirk M. Lyons
                       Lyon & Flood, LLP
                       65 West 36th Street
                       7th Floor
                       New York, NY 10018
                       (212) 594-2400

    b)    This action was removed to this Court jurisdiction is based on diversity of citizenship and that the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

    c)    Claims are for conscious pain and suffering and wrongful death as well as counterclaims arising out of the subject accident which occurred in the waters of the Long Island Sound on June 10, 2007.

03/11/2008 09:15 FAX 212 594 4589     LYONS FLOOD     @004
Case 1:07-cv-11390-RJH   Document 7   Filed 03/21/2008   Page 2 of 3
Fax sent by : 2122664141     SULLIVAN     03-07-08 14:23    Pg: 3/4

d) It is alleged that the defendant's tug and barge collided with and went over a cabin cruiser in which plaintiffs Raphael Rivera and Ephraim Rivera and plaintiff's decedent, Leibe Ociele Medina, were passengers. The passengers jumped in the water as the barge collided with their boat. Defendant contends the plaintiffs Rivera caused the alleged collision. In addition, the defendant alleges that the medical condition of the plaintiffs may be at issue.

e) Money damages are sought for decedent's conscious pain and suffering and wrongful death and for the personal injuries sustained by plaintiff Ephraim Rivera and Raphael Rivera as well as for property damage for Raphael Rivera's boat. Defendant seeks contribution from the plaintiffs.

II. a) There are no pending motions.

b) Joinder of additional parties shall be accomplished by March 31, 2008.

c) Amendments to pleadings may by filed without leave of Court by March 31, 2008.

d) (i) All Rule 26 (a)(1) disclosures shall be served within thirty (30) days hereof.

   (ii) Fact discovery is to be completed by December 31, 2008.

   (iii) Rule 26 (a)(2) disclosure shall be completed by March 31, 2009.

   (iv) Expert discovery shall proceed as follows:

      (a) Plaintiffs to serve their expert report by January 30, 2009.

      (b) Defendant to serve their expert report by February 27, 2009.

      (c) Plaintiffs' expert to be deposed by March 13, 2009.

      (d) Defendant's expert to be deposed by March 31, 2009.

   (e) Dispositive motions to be filed by April 15, 2009.

   (f) A final pre-trial order is to be filed by April 30, 2009.

   (g) Trial Schedule

03/11/2008 09:15 FAX 212 594 4589    LYONS FLOOD    ☒005
Case 1:07-cv-11390-RJH    Document 7    Filed 03/21/2008    Page 3 of 3
Fax sent by : 2122664141    SULLIVAN    03-07-08 14:24    Pg: 4/4

    (i)    Jury Trial is requested. Plaintiff is to file their jury demand by March 31, 2008 pursuant to Fed. R. Civ. P. 81 (c)(A).

    (ii)    Probable length of trial 4-5 days.

    (iii)    Case will be trial ready by May 15, 2009.

III.    The parties do not consent to a trial before a Magistrate Judge.

IV.    Status of Settlement Discussions

    (a)(b)    Settlement discussions have not yet occurred.

    (c)    The parties do not request a settlement conference at this time but respectfully reserve their right to request one at a later date.

Dated: New York, New York
March 7, 2008

V. *[handwritten]* A pretrial conference shall be held on 01/09/09 AT 10:00 AM

VI. *[handwritten]* No extensions of the foregoing schedule should be expected.

SULLIVAN PAPAIN BLOCK
McGRATH & CANNAVO P.C.

By: _____
FRANK V. FLORIANI (FF 4489)

Attorneys for Plaintiff
120 Broadway
New York, New York 10271
(212) 732-9000

LYONS & FLOOD, LLP

By: _____
KIRK M. LYONS (KL 1568)

Attorneys for Defendant
65 West 36th Street
7th Floor
New York, NY 10018
(212) 594-2400

SO ORDERED:

_____
U.S.D.J.
3/20/08