United States District Court
Southern District of New York
------------------------------------X
YULI CONELY, as Administratrix of the
Estate of LEIBE OCIELE MEDINA, a/k/a CEILE
MEDINA, Deceased and YULI CONELY,                    2007 Civ. 11390 (RJH)
Individually, EPHRAIM RIVERA and RAPHAEL
RIVERA,                                              **TRIAL JURY DEMAND**

                          Plaintiffs,

    -against-

SEABOATS, INC.,
                          Defendants.
------------------------------------X

    PLEASE TAKE NOTICE, that YULI CONELY, as Administratrix of the Estate of LEIBE OCIELE MEDINA, a/k/a CEILE MEDINA, Deceased and YULI CONELY, Individually, EPHRAIM RIVERA and RAPHAEL RIVERA, ("plaintiffs"), hereby demand a trial by jury on all causes of action and counterclaims.

Dated:    New York, New York
           March 20, 2007

                                      SULLIVAN PAPAIN BLOCK
                                      McGRATH & CANNAVO, P.C.

                                      By:_____
                                      FRANK V. FLORIANI (FF4489)
                                      Attorneys for Plaintiffs
                                      120 Broadway
                                      New York, New York 10271
                                      212-732-9000

To:    LYONS & FLOOD, LLP
       Attorneys for Defendant
       65 West 36th Street, 7th Floor
       New York, New York 10018